HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY, A Missouri Corporation, a/s/o of Susan Berger,<br><br>Plaintiff,<br><br>v.<br><br>TTI CONSUMER POWER TOOLS, INC., a Delaware Corporation; TECHTRONIC INDUSTRIES NORTH AMERICA, INC., a Delaware Corporation; ONE WORLD TECHNOLOGIES, INC., a Delaware Corporation,<br><br>Defendants. | No. 3:23-05232-KKE<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY EXPERT DISCLOSURE AND DISCOVERY DEADLINES** |

This matter having come before the Court on the parties' Joint Motion to Modify Expert Disclosure and Discovery Deadlines, and the Court having reviewed the parties' motion and the records and pleadings on file in this matter, hereby ORDERS as follows:

The Court finds good cause to modify the expert disclosure and discovery deadlines as requested by the parties, and accordingly GRANTS the parties' motion. The deadlines set forth in the Court's Order Setting Jury Trial and Pretrial Dates, ECF No. 16, are hereby modified as follows:

ORDER GRANTING JOINT MOTION
TO MODIFY EXPERT DISCLOSURE AND DISCOVERY
DEADLINES – 1

CORR CRONIN LLP
1015 Second Avenue, Floor 10
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

| Deadline | Current Date | New Date |
|---|---|---|
| FIVE DAY JURY TRIAL set for 9:00 AM | September 9, 2024 | September 9, 2024 |
| **Disclosure of Expert Testimony** | **March 4, 2024** | **May 1, 2024** |
| **Disclosure of Rebuttal Expert Testimony** | **April 2, 2024** | **May 15, 2024** |
| **All motions related to discovery must be filed by** | **April 10, 2024** | **May 15, 2024** |
| **Discovery completed by** | **April 15, 2024** | **June 14, 2024** |
| All dispositive motions must be filed by | May 11, 2024 | May 11, 2024 |
| Motions in limine filed pursuant to Local Rule CR 7(d)(4) by | August 5, 2024 | August 5, 2024 |
| Agreed pretrial order filed by | August 19, 2024 | August 19, 2024 |
| Trial briefs, proposed voir dire, jury instructions, agreed neutral statement of the case and deposition designations due by | August 19, 2024 | August 19, 2024 |
| Pretrial conference will be held at 1:30 pm on | August 30, 2024 | August 30, 2024 |

SO ORDERED this 1st day of March, 2024.

*Kymberly K. Evanson*

Kymberly K. Evanson
United States District Judge

ORDER GRANTING JOINT MOTION
TO MODIFY EXPERT DISCLOSURE AND DISCOVERY
DEADLINES – 2