UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,<br><br>      Plaintiff,<br><br> v.<br><br>TTI CONSUMER POWER TOOLS INC et al.,<br><br>      Defendants. | CASE NO. C23-5232-KKE<br><br>ORDER ON STIPULATED MOTION TO EXTEND CASE MANAGEMENT DEADLINES AND CONTINUE TRIAL DATE |

  This matter comes before the Court on the parties' stipulated motion to extend case management deadlines and continue the trial date. Dkt. No. 23. The Court previously extended the deadlines for expert disclosure and discovery. Dkt. No. 22.

  The parties state they are "diligently working together to complete fact and expert discovery" (Dkt. No. 23 at 1), and that this extension is needed "to accommodate continued discovery, depositions, and respective experts' review and facilitate the orderly preparation and exchange of expert reports, so that the parties may properly prepare for mediation" (*id.* at 3).

  The Court finds good cause to extend case management deadlines and continue the trial date, and accordingly GRANTS the parties' motion. However, the Court is not able to

//

//

ORDER ON STIPULATED MOTION TO EXTEND CASE MANAGEMENT DEADLINES AND CONTINUE TRIAL DATE - 1

accommodate the trial date proposed by the parties, as the Court is closed on November 11, 2024. The clerk will issue a new case schedule based on a trial date available on the Court's calendar thereafter.

Dated this 14th day of May, 2024.

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge

ORDER ON STIPULATED MOTION TO EXTEND CASE MANAGEMENT DEADLINES AND CONTINUE TRIAL DATE - 2