UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMERICAN NATIONAL PROPERTY AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TTI CONSUMER POWER TOOLS INC et al.,<br><br>Defendant. | CASE NO. C23-5232-KKE<br><br>DISMISSAL ORDER |

In light of the parties' notice of settlement, Dkt. No. 30, and it appearing that no issue remains for the Court's determination, NOW, THEREFORE, IT IS ORDERED that this case is DISMISSED with prejudice and without costs. In the event settlement is not perfected, any party may move to reopen and trial will be scheduled, provided such motion is filed within 60 days of the date of this Order.

///

///

///

///

DISMISSAL ORDER - 1

The Clerk is directed to TERMINATE the pending motions in limine.  Dkt. No. 28.

Dated this 3rd day of March, 2025.

　　　　　　　　　　　　　　　　　　　*Kymberly K. Evanson*
　　　　　　　　　　　　　　　　　　　Kymberly K. Evanson
　　　　　　　　　　　　　　　　　　　United States District Judge

DISMISSAL ORDER - 2